UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELSA BEAL,

     Plaintiff,

v.                                                                              Case No: 8:22-cv-2529-JSS

SCHOOL BOARD OF SARASOTA
COUNTY, FLORIDA,

     Defendant.
_____/

## ORDER

Defendant moves for an amended case management and scheduling order extending the court's previously ordered deadlines. (Motion, Dkt. 50.) Plaintiff does not oppose the Motion. (*Id.*) Upon consideration, Defendant's Motion is granted.

Courts enjoy broad discretion in deciding how to best manage the cases before them. *Chudusama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997); *see Patterson v. U.S. Postal Serv.*, 901 F.2d 927, 929 (11th Cir. 1990). In exercising this discretion, a court may extend the time concerning when an act must be done within a specific time if the request is made before the original time, or its extension expires. Fed. R. Civ. P. 6(b)(1)(A). Moreover, a scheduling order may be modified or extended upon a showing of good cause with the consent of the court. Fed. R. Civ. P. 16(b)(4). Here, the Motion was timely filed, and the court finds good cause to extend the deadlines as requested.

Accordingly, Defendant's Unopposed Motion for Entry of an Amended Case Management and Scheduling Order Extending Previously Ordered Case Deadlines (Dkt. 50) is **GRANTED**.  The court will enter an Amended Case Management and Scheduling Order reflecting the dates requested in Defendant's Motion.

**ORDERED** in Tampa, Florida, on September 5, 2023.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record